# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JORDAN L. SCHICK, by Vanessa R. Carson, his Next Friend, and VANESSA R. CARSON, | ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) No. 04-0272-CV-W-FJG |
| WALTER B. GREENE, M.D., | ) ) ) |
| Defendant, | ) ) |

## ORDER

Pending before the Court is Plaintiffs' Motion for Voluntary Dismissal Without Prejudice (Doc. No. 49). Plaintiffs indicate that the parties are attempting to reach a settlement, and that if they are unable to do so, plaintiffs will re-file this action in state court against defendant and one additional party. Defendant filed no opposition to the pending motion.

Therefore, for good cause shown, plaintiffs' motion for voluntary dismissal (Doc. No. 49) is **GRANTED.** Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                                /s/ FERNANDO J. GAITAN, JR.
                                                Fernando J. Gaitan, Jr.
Dated: _July 27, 2005_          United States District Judge
Kansas City, Missouri